**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| SHARON NEIDIGH | CIVIL ACTION NO. 21-4323 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| RED RIVER ENTERTAINMENT OF SHREVEPORT, LLC, ET AL. | MAGISTRATE JUDGE HORNSBY |

### JUDGMENT

For the reasons outlined in the Court's Memorandum Ruling,

**IT IS ORDERED** that Defendant's motion for summary judgment [Record Document 21] be and is hereby **GRANTED**, and Plaintiff's claims are **DISMISSED WITH PREJUDICE.**

The Clerk of Court is directed to close this case.

**THUS DONE AND SIGNED** this 24th day of February, 2023.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE